DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**REBECCA ROMERO,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK,**
as Trustee for the Certificate Holders CWALT Inc., Alternative Loan Trust
2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4,
and **TRANSGLOBAL FINANCIAL, LLC**, as Trustee of the TGF Land Trust
Date 12/2/21,
Appellees.

No. 4D22-2606

[July 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502014CA008738.

Gregory Light of Light & Gonzalez, PLLC, Plantation, for appellant.

Dariel Abrahamy of Greenspoon Marder LLP, Boca Raton, Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee The Bank of New York Mellon.

Jeremy M. Zubkoff of Law Offices of Jeremy M. Zubkoff, P.A., Fort Lauderdale, for appellee Transglobal Financial, LLC (third-party purchaser).

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***